1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DANIEL P. TALBERT (SBN OH 0084088)
   Special Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6        San Francisco, California 94102
         Telephone:    (415) 436-7200
7        Fax:          (415) 436-7234
         E-Mail:       Daniel.Talbert@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA, | ) | Case No.: CR 15-00133 MMC |
   |---|---|---|
15 | Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
   | v. | ) | |
16 | | ) | TO CONTINUE TO JULY 15, 2015 |
   | LOURDES CURCIO, | ) | |
17 | | ) | |
   | Defendant. | ) | |
18 | | ) | |

19

20       The defendant, LOURDES CURCIO, represented by Rebecca Feigelson, and the

21 government, represented by Daniel Talbert, Special Assistant United States Attorney, stipulate to

22 continue the defendants' status hearing, currently set for July 1, 2015, until July 15, 2015.  Counsel for

23 the defendant and the government are attempting to negotiate a resolution of this case.  The parties

24 anticipate that the July 15, 2015 date can be set on calendar for a change of plea.

25 //

26

27

28

1  The parties further stipulate that, based on the need for counsel to review the proposed resolution
2  of this case, the time between July 1, 2015, and July 15, 2015, be excluded from the Speedy Trial Clock
3  for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Dated: June 30, 2015                               Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

                                                        *s/ Daniel P. Talbert*
                                                        DANIEL P. TALBERT
                                                        Special Assistant United States Attorney

Dated: June 30, 2015                      BY     *s/ Daniel P. Talbert for Rebecca Feigelson*
                                                        REBECCA FEIGELSON
                                                        Attorney for Defendant
                                                        (as authorized by email)

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1 [PROPOSED] ORDER

2       Based upon the representations of counsels and for good cause shown, the Court orders that the
3 status hearing for the defendant shall be re-set for July 15, 2015, at 2:30 pm, for change of plea. Based
4 upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the
5 time between July 1, 2015, and July 15, 2015, would unreasonably deny counsel the reasonable time
6 necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
7 § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
8 between July 1, 2015, and July 15, 2015, from computation under the Speedy Trial Act outweigh the
9 best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED
10 that the time between July 1, 2015, and July 15, 2015, shall be excluded from computation under the
11 Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 DATED: July 1, 2015

HON. MAXINE M. CHESNEY
United States District Judge