LAW OFFICE OF REBECCA FEIGELSON
Rebecca Feigelson (SBN 282940)
345 Franklin Street, Law Chambers Building
San Francisco, CA 94102
Tel: 415-562-5541
Fax: 415- 241-7340
Email: feigelsonlaw@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LOURDES CURCIO,<br><br>          Defendant. | Case No.: CR 15-00133 MMC<br><br>STIPULATION TO ALLOW DEFENDANT TO TRAVEL  AND ORDER THEREON |

The defendant, LOURDES CURCIO, represented by Rebecca Feigelson, and the government, represented by Daniel Talbert, Special Assistant United States Attorney, stipulate to allow the defendant LOURDES CURCIO to travel to New Jersey to visit her mother-in-law (who is expected to die any day) or attend her funeral.  Defendant would depart Wednesday July 29, 2015 and will return to the district before August 5, 2015 and will appear before this Court on August 5 as scheduled.

Dated:  July 28, 2015

                                        /s Rebecca Feigelson

                                        REBECCA FEIGELSON

                                        Attorney for Defendant

Dated: July 28, 2015

MELINDA HAAG

1

1  
2  
3  
4  
5  
6 //  
7 //  
8 //  
9 //  
10 //  
11 //  
12 //  
13 //  
14 //  
15 //  
16 //  
17 //  
18 //  
19 //  
20 //  
21 //  
22 //  
23 //  
24 //  
25 //  
26  
27  
28  

United States Attorney

<u>s/ Rebecca Feigelson for Daniel P. Talbert</u>

DANIEL P. TALBERT

Special Assistant United States Attorney

2

## [~~PROPOSED~~] ORDER

Based upon the representations of counsels and for good cause shown, the Court orders that defendant LOURDES CRUCIO shall be permitted to travel to New Jersey, departing Wednesday July 29, 2015 and returning to the district before August 5, 2015 for the purpose of visiting her mother-in-law (who is expected to die any day) or attend her funeral.

DATED: _____ July 28, 2015

HON. MAXINE M. CHESNEY
United States District Judge