LAW OFFICE OF REBECCA FEIGELSON
Rebecca Feigelson (SBN 282940)
345 Franklin Street, Law Chambers Building
San Francisco, CA 94102
Tel: 415-562-5541
Fax: 415- 241-7340
Email: feigelsonlaw@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>LOURDES CURCIO,<br><br>　　　　　　Defendant. | Case No.: CR 15-00133 MMC<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>TO CONTINUE SENTENCING HEARING<br><br>TO DECEMBER 9, 2015 |

　　　The defendant, LOURDES CURCIO, represented by Rebecca Feigelson, and the government, represented by Katherine M. Lloyd-Lovett, Special Assistant United States Attorney, stipulate to continue the Sentencing Hearing scheduled for December 2, 2015 at 2:15PM to December 9, 2015 at 2:15PM, or as soon thereafter as convenient for the Court.  The parties request this continuance because Ms. Feigelson is in trial on December 2, 2015 in another matter.  The parties and the U.S. Probation Officer have conferred and are available on December 9, 2015 at 2:15 p.m.

　　　IT IS SO STIPULATED.

Dated:  November 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　/s Rebecca Feigelson

　　　　　　　　　　　　　　　　　　　　　　　　　　REBECCA FEIGELSON

　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated:  November 20, 2015

1

| | |
|---|---|
| 1 | BRIAN J. STRETCH |
| 2 | Acting United States Attorney |
| 3 | |
| 4 | <u>s/ Rebecca Feigelson for Katherine M. Lloyd-Lovett</u> |
| 5 | KATHERINE M. LLOYD-LOVETT |
| 6 | Special Assistant United States Attorney |

[PROPOSED] ORDER

Based upon the representations of counsels and for good cause shown, the Court orders that the Sentencing Hearing scheduled for December 2, 2015 2:15PM be continued to December 9, 2015 2:15PM.

DATED: __November 20__, 2015

_____
HON. MAXINE M. CHESNEY
United States District Judge